**SO ORDERED**

NO TIMELY OPPOSITION.



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:   Case No.: **20−10991 − NVA**   Chapter: **13**

**Raymond Francis Notaro III and**
**Brigid Colleen Notaro**
Debtors

## ORDER DISMISSING CASE
## FOR FAILURE TO ATTEND MEETING OF CREDITORS
## AND NOTICE THAT AUTOMATIC STAY IS TERMINATED

Upon consideration of the motion to dismiss, filed by Robert S. Thomas, II, Trustee, because of the Debtor's failure to attend the Section 341 Meeting of Creditors on May 28, 2020, it appearing that the Debtor has not responded to the Motion, and it appearing that this case should be dismissed pursuant to 11 U.S.C. § 1307(c), it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the above−referenced Chapter 13 case is dismissed; and it is further

ORDERED, that, to the extent the Trustee holds funds that would otherwise be returned to the Debtor, the Trustee shall first deduct and remit to the Clerk the amount of $−0− for unpaid filing and administrative fees; and

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

cc:   Debtor
    Attorney for Debtor − Natasha Veytsman Rossbach
    Case Trustee − Robert S. Thomas II

## End of Order

15x05 (rev. 12/13/2012) − kfraser